# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL HERNANDEZ AQUIRRE, | CV F 05-00483 REC SMS HC |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME |
| v. | [Doc. 13] |
| M. EVANS, WARDEN, | |
| Respondent. | |

_____/

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.   On April 26, 2005, the Court issued an order to show cause why the petition should not be dismissed for failure to exhaust the state court remedies.  On June 3, 2005, Petitioner filed a request for an extension of time to respond to the Court's order.

   Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

   Petitioner is granted thirty days from the date of service of this order in which to file a response.


IT IS SO ORDERED.

**Dated:    July 21, 2005**          _____**/s/ Sandra M. Snyder**_____
ah0l4d                              UNITED STATES MAGISTRATE JUDGE