UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL HERNANDEZ AGUIRRE,<br><br>    Petitioner,<br><br>v.<br><br>M. EVANS, WARDEN,<br><br>    Respondent. | 1:05-cv-00483-REC-SMS-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 15)<br><br>**ORDER DISMISSING ACTION** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On September 7, 2005, the Magistrate Judge filed Findings and Recommendations that the action be dismissed for failure to comply with a court order. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that

1

the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 7, 2005, are ADOPTED IN FULL; and,

2. This action is dismissed for failure to comply with a court order.

IT IS SO ORDERED.

**Dated: October 25, 2005**            **/s/ Robert E. Coyle**
668554                                           UNITED STATES DISTRICT JUDGE